FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 26, 2026 3:08 PM
Lucy H.Carrillo, Clerk of Court



## Return

| Case No.: Mag. No. 25-00297 RT | Date and time warrant executed: 4-3-2025 1:48 PM | Copy of warrant and inventory left with: Electronic - Google |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Records associated with gmail accounts:

drhill827@gmail.com
drhill827pp@gmail.com
ddoghill99808@gmail.com
dickcheese 808080808080808@gmail.com
dickcheese 80808080808@gmail.com

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/3/2025

[signature]
*Executing officer's signature*

Gabriel Keown, Special Agent
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

drhill827@gmail.com; drhill827pp@gmail.com; ddog hill99808@gmail.com
dickcheese808080808080808@gmail.com;
dickcheese8080808080808@gmail.com
THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC.

Case No. Mag. No. 25-00297 RT

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____________ District of Hawaii
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____________ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to duty U.S. Magistrate Judge.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: April 3, 2025 at 10:29 a.m.

City and state: Honolulu, Hawaii

Rom A. Trader
United States Magistrate Judge

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with Google Accounts associated with below email addresses and phone numbers that is stored at premises owned, maintained, controlled, or operated by Google LLC and/or Google Payment Corporation a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

a. Accounts associated with the following gmail email addresses and phone numbers or THE SUBJECT ACCOUNTS:

i. drhill827@gmail.com;

ii. drhill827pp@gmail.com;

iii. ddog.hill99808@gmail.com;

iv. dickcheese808080808080808@gmail.com;

v. dickcheese8080808080808@gmail.com;

vi. (808) 763-6002;

vii. (808) 348-4695

**ATTACHMENT B**

**Particular Things to be Seized**

**I. Information to be disclosed by Google LLC and/or Google Payment Corporation ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, with Google Accounts: drhill827@gmail.com; ddoghill@googlemail.com; drhill827pp@gmail.com; ddog.hill99808@gmail.com; dickcheese808080808080808@gmail.com; dickcheese8080808080808@gmail.com; as well as any Google Accounts associated with telephone numbers: (808) 763-6002 and (808) 348-4695 ("SUBJECT ACCOUNTS"), Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from May 5, 2015 to April 23, 2024 unless otherwise indicated:

a. All business records and subscriber information, in any form kept, pertaining to the Account, including:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);
3. Telephone numbers, including SMS recovery and alternate sign-in numbers;
4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;
5. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers
6. Length of service (including start date and creation IP) and types of service utilized;
7. Means and source of payment (including any credit card or bank account number); and
8. Change history.

b. All device information associated with the Accounts, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the Account(s), including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs

d. All Google Pay account information.

Google is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, contraband, and/or instrumentalities of violations of 18 U.S.C. § 2252A(a)(5)(B) (possession, or knowingly accessing with intent to view, child pornography); 18 U.S.C. § 2252A(a)(2) (receipt and distribution of child pornography in, or using a facility of, interstate or foreign commerce); 18 U.S.C. § 2251(a) and (e) (production and attempted production of child pornography); 18 U.S.C. § 1470 (transfer of obscene material to minors); and/or 18 U.S.C. § 2422(b) (sexual enticement of a minor) involving Dustin HILL and occurring on or after November 1, 2020, including but not limited to:

(a) All documents, records, information, photographs, screenshots, chat logs, social media content, social media messages, emails, instant messages, internet searches, and videos relating to, of, or referencing child pornography or any minors engaged in sexually explicit conduct, including all records, information, and data relating to the use of social media to commit the above violations;

(b) All records, information, contacts, and images/videos that may be necessary to identify any minors engaged in sexually explicit conduct;

(c) All records and information that may be necessary to access the items

set forth above;

(d) All records and information relating to communications from the following Internet Protocol address: 172.56.17.188;

(e) Evidence indicating how and when the cellular device and associated cellular service was used to determine the chronological context of cellular device use, account access, and events relating to the crime under investigation;

(f) Evidence indicating the geographic location of the cellular device at times relevant to the investigation;

(g) Evidence indicating the cellular device owner or user's state of mind as it relates to the crimes under investigation;

(h) The identity of the person(s) who created the account associated with the cellular device and/or used the cellular device, including records that help reveal the whereabouts of such person(s);

(i) The identity of the person(s) who sent to and/or received communications from the cellular device about matters relating to the crimes under investigation including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, contraband, and/or instrumentalities described in

this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.